**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Chase,

Plaintiff,

v. Civil No. 00-2468 (MJD/JGL)

W.R. Grace & Company - Conn.,

Defendant.

Busch,

Plaintiff,

v. Civil No. 00-2526 (PAM/SRN)

W.R. Grace & Company - Conn., et. al.,

Defendants.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 00-2468 having been assigned to Judge Michael J. Davis and case number 00-2526 having later been assigned to Chief Judge Paul A. Magnuson, and said matters being related cases,

IT IS HEREBY ORDERED that case number 00-2526 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: December 7, 2000

CHIEF JUDGE PAUL A. MAGNUSON
United States District Court

Dated: December 6, 2000

JUDGE MICHAEL J. DAVIS
United States District Court

FILED DEC 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK