JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 30 2001

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

JAN 30 2001

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

***DOCKET NO. 875***

## ***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

## ***IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)***

*Joseph Busch, et al. v. W.R. Grace & Co.-Conn., et al.*, D. Minnesota, C.A. No. 0:00-2526
*Charlotte Maland, etc. v. W.R. Grace & Co.-Conn.*, D. Minnesota, C.A. No. 0:00-2527
*Vivian J. Brown v. W.R. Grace & Co.-Conn., et al.*, D. Minnesota, C.A. No. 0:00-2528
*Debra Hrbek, et al. v. Certainteed Corp., et al.*, D. Minnesota, C.A. No. 0:00-2530

## ***ORDER VACATING CONDITIONAL TRANSFER ORDER***

A conditional transfer order was filed in the four above-captioned actions on December 14, 2000. Prior to expiration of the mandatory fifteen-day stay of execution, plaintiffs in the four actions filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. All four actions were then remanded to Minnesota state court by the Honorable Michael J. Davis in separate orders filed on January 22, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-185" filed on December 14, 2000, be, and the same hereby is, VACATED insofar as it relates to the four above-captioned actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

FILED FEB 02 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENT'D ____________
DEPUTY CLERK ____________